UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Catherine Powell,
    Plaintiff(s),

v.                                           Case No. 1:19-cv-867
                                                     (Consent Case ; Litkovitz, M.J.)

Tony Rosiello, et al.,
    Defendant(s).

**ORDER**

Pursuant to notification that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement agreement for the purpose of its enforcement.

Date 12/14/2020

awh      December 14, 2020

KAREN L. LITKOVITZ
United States Magistrate Judge